**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

DEVERICK SCOTT                                                                                           PETITIONER
ADC #131042

5:12CV00209 BSM/HDY

RAY HOBBS                                                                                                  RESPONDENT
Director, Arkansas
Department of Correction

**ORDER**

Petitioner has filed a petition for a writ of *habeas corpus*, and paid the filing fee. The Clerk will serve a copy of the petition and this order on the respondent and the Attorney General by regular mail.

The respondent will file an answer, motion, or other response, to the petition, in conformity with Rule 5 of the Rules Governing Section 2254 cases in the United States District Courts, within twenty-one (21) days after service of this petition, exclusive of the day of service.

IT IS SO ORDERED this   13   day of July, 2012.

_____
UNITED STATES MAGISTRATE JUDGE